IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.         Case No. 22-20027-DDC

AUSTIN SPRUELL-USSERY,

        Defendant.

## DETENTION ORDER

### A. Order for Detention

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) on December 21, 2022, the undersigned U.S. Magistrate Judge Angel D. Mitchell orders defendant Austin Spruell-Ussery detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

### B. Statement of Reasons for Detention

As the ultimate reason(s) for detaining defendant, the court finds:

☒ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

☒ by clear and convincing evidence, that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

### C. Findings of Fact

The court's findings in connection with the decision to detain defendant are based on the evidence presented during the detention hearing, and information contained in the pretrial services report, including the following:

☒ (1) Nature and circumstances of the offense(s) charged in the present case: defendant was wanted on an active warrant from Wyandotte County. LEOs determined his location and went to the house on April 11 to arrest him. As defendant emerged from the house and was walking outside, LEOs moved in and defendant then fled back inside the residence. Someone else came out of the house and told LEOs that defendant was armed inside the residence. This led to a 1-2 hour standoff with 10-15 LEOs on the scene, and more than 20 LEOs once the SWAT team arrived. Meanwhile, LEOs worked to secure a warrant—both for Spruell and to search the residence. Eventually, Spruell fled out of the residence and ran towards a neighboring house, where he scaled up the side of the house and onto the roof.

-2-

Officers surrounded the House and he eventually came down and was taken into custody. As he was taken into custody, he was yelling "Southdale," which is reportedly a known KCK street gang. Officers then searched the residence and found the firearm at issue.

☒ The offense involves a firearm, explosive, or destructive device.

☒ (2) The record indicates the Government has a strong case against the defendant, supported by the circumstances surrounding his arrest, the location where the firearm was found, and by DNA evidence linking him to the firearm.

☒ (3) The defendant's history and characteristics, including:

(a) General factors:

☒ Defendant is unemployed and has no stable history of employment.

☒ Defendant does not have substantial financial resources.

☒ Defendant's past conduct:

- ☒ Defendant has a significant history relating to drug abuse. At various points in time, he has been a daily user of marijuana, methamphetamine, and K2 while in custody. He has attended inpatient treatment 3 times and lived in sober living houses.

- ☒ Defendant has a significant prior criminal record involving controlled substances, attempts to avoid apprehension by LEOs, firearms, and other violent behavior. This includes a 2011 conviction for Resisting Arrest (he was found hiding in a house); a 2013 conviction for Possession of Methamphetamine; a 2014 conviction for Eluding a Police Officer and Battery on a LEO (for trying to resist arrest by punching a KCK Police Officer in the face); a 2015 conviction for Felon in Possession of a Firearm (D. Kan. Case No. 15-20015), for which he was sentenced to 30 months incarceration; and a 2019 conviction for Possession of Methamphetamine and Interference with LEO. He is now facing his second federal charge for Felon in Possession of a firearm. In addition, Government Exs. 1-8, which are excerpted from pole camera footage taken on June 6, 2022, show defendant and others showcasing guns in broad daylight on a public street.

- ☒ Defendant has a prior record of failing to comply with conditions of release. Indeed, he had his probation revoked in Wyandotte County cases on 5/30/2014, 3/23/2015, 3/17/2021, and 12/14/2022. In his prior federal court case, his first term of supervised release began on 10/12/2018 and he had a warrant issued for supervised release violations (controlled substances and new law violation) less than a year later. In late 2019, he successfully completed an inpatient treatment program and then maintained employment and moved into a sober living house. But in February of 2020, he absconded from probation. On 3/9/2020, the court revoked his supervised

-3-

release and sentenced him to 21 months in custody.  His second term of supervised release began on 3/31/2021 and he successfully completed it on 3/8/2022.  But just over a month later, the incident that led to the current charges occurred on 4/11/2022.  And after he posted bond in Wyandotte County in that case on 5/4/2022—again, just over a month later, the pole camera footage described above from 6/6/2022 shows him showcasing guns in public.

The above demonstrates that defendant has a relentless affinity for guns that has been undeterred by imprisonment or further firearms charges.  Furthermore, he has an established history of trying to evade arrest.

(b) At the time of the current arrest, defendant was on probation in a Wyandotte County case.

☒ (4) The threat of defendant's continued handling of firearms if he were released poses a serious risk of danger to the community.

**D.** **Additional Directives**

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case.  On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:  December 22, 2022

                s/Angel D. Mitchell
                Angel D. Mitchell
                U.S. Magistrate Judge