IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 22-20027-DDC |
| ) | |
| AUSTIN SPRUELL-USSERY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF ADMINISTRATIVE FORFEITURE

COMES NOW the United States by and through Kate E. Brubacher, United States Attorney for the District of Kansas and Scott L. Anderson, Special Assistant United States Attorney, and respectfully advises the Court that the Glock, model 22, S/W pistol, .40 caliber, SN: EDE011US and accompanying ammunition identified in the Plea Agreement filed herein on March 28, 2024 (Doc. 52) has been administratively forfeited by Alcohol, Tobacco, Firearms and Explosives (ATF). Accordingly, no further judicial action is needed in this case in regard to the forfeiture of the gun and ammunition.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
KS. S. Ct. # 26095

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney