## In the United States District Court
## for the District of Kansas

**United States of America**,
    Plaintiff,

v.                                                Case No. 22-20027-DDC

**Austin Spruell-Ussery**,
    Defendant.

## Motion to Continue Sentencing

Austin Spruell-Ussery, by and through his attorney, Kirk Redmond, First Assistant Federal Public Defender for the District of Kansas, moves this Court for an order continuing the sentencing hearing for 30 days.

In support of said motion, counsel for Mr. Spruell informs the Court of the following:

1. Mr. Spruell's sentencing hearing is currently scheduled for June 7, 2024.

2. Mr. Spruell's final PSR was filed today, June 20, 2024. Defense counsel needs additional time to prepare for Mr. Spruell's sentencing hearing.

3. Counsel for the Government, Michelle McFarlane, has no objection to said motion.

WHEREFORE, counsel for Mr. Spruell moves this Court for an order continuing the sentencing hearing for 30 days.

Respectfully submitted,

s/Kirk C. Redmond
Kirk C. Redmond, #18914
First Assistant Federal Public Defender
632 SW Van Buren St., Suite 200
Topeka, Kansas 66603
Phone: (785) 232-9828
Fax: (785) 232-9886
Email: kirk_redmond@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I filed the foregoing motion with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/Kirk C. Redmond
Kirk C. Redmond, #18914