# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.            Case No. 22-20027-01-DDC

**AUSTIN SPRUELL-USSERY (01),**

      Defendant.

**Attorney for Government: Chris Oakley**
**Attorney for Defendant: Kirk C. Redmond**

| JUDGE: | Daniel D. Crabtree | DATE: | 10/16/2024 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Paula Heschmeyer |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663  $ _____ on count(s)
                  $ _____ on count(s)

☐ **Total Restitution:**  $ _____

☐ Defendant Fined  $ _____ on count(s)
        $ _____ on count(s)

☐ **Total Fine:**  $ _____

☒ Defendant Assessed under 18:3013  $ 100.00 on count 1 of Indictment
                 $ _____ on count(s)
                 $ _____ on count(s)

☒ **Total Assessment:**  **$ 100.00**

☐ Count(s) of Indictment dismissed by the court on the motion of the United States without objection.
☒ Government ☒ Defendant - Advised of right to appeal
☐ Defendant to voluntarily surrender.
☒ Defendant remanded to custody.
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: Defendant appears in custody with counsel. The court accepts and approves the parties' plea agreement. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 41 months to be followed by 3 years of supervised release. The court recommends designation to FCI El Reno on the defendant's request.